**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Dr., Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

**BRADLEY/GROMBACHER, LLP**
Robert N. Fisher, Esq. (SBN 302919)
246 5th Avenue, Suite 522
New York, NY 10001
Telephone: (805) 270-7100
rfisher@bradleygrombacher.com

*Attorneys for Plaintiffs and the Putative Class and Collective*

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE BELL, GISELE MOBLEY, ASHLY RAI, AND JOHN TURNER, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INCOME LIFE INSURANCE COMPANY, an Indiana corporation; NATIONAL INCOME LIFE INSURANCE COMPANY, and Does 1-20.<br><br>Defendants. | **CASE NO. 2:20-CV-07046-MWF (PJWx)**<br><br>**JOINT STATUS REPORT** |

## JOINT STATUS REPORT

On April 5, 2021, the Court granted Defendant American Income Life Insurance Company's ("AIL") motion to compel individual arbitration with respect to Plaintiffs Mobley and Rai and denied it without prejudice with respect to Plaintiff Bell ("Plaintiff," and with AIL, the "Parties"). Doc. No. 39. On November 30, 2021, the Court granted AIL's motion to compel individual arbitration as to Plaintiff. Doc. No. 49. The matter has not resolved as to Plaintiffs' claims.

DATED:  June 1, 2022            **BRADLEY/GROMBACHER, LLP**

                                By:  __/s/ Kiley L. Grombacher_____
                                     Marcus J. Bradley, Esq.
                                     Kiley L. Grombacher, Esq.
                                     Robert N. Fisher, Esq.
                                     *Attorneys for Plaintiffs*

DATED:  June 1, 2022            **KING & SPALDING LLP**

                                By:  __/s/ Jeffrey M. Hammer_____
                                     Albert Giang, Esq.
                                     Arwen R. Johnson, Esq.
                                     Jeffrey M. Hammer, Esq.
                                     *Attorneys for Defendants*

# SIGNATURE ATTESTATION

I, Kiley Grombacher, attest that I have obtained concurrence in the filing of this Joint Status Report from Jeffrey M. Hammer and approval to affix their electronic signature to this filing.

DATED: June 1, 2022

By: */s/ Kiley Grombacher*
Kiley L. Grombacher, Esq.